UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RMC McCONNELL** | ) |
| **Plaintiff** | |
| v. | ) Case No. 1:08-1600 |
| **AIR LINE PILOTS ASSOCIATION INTERNATIONAL** | |
| **Defendant** | ) |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**
**(EXPEDITED CONSIDERATION REQUESTED)**

Pursuant to Local Federal Rule 83.6(c), James A. DeVita hereby moves for leave to withdraw as counsel for plaintiff. As grounds therefor, Mr. DeVita states that he is no longer working with Butler Legal Group, PLLP, and no longer wishes to represent plaintiff. Mr. DeVita further notes that RMC McConnell will still be represented by James Butler, Esq., if Mr. DeVita withdraws and that Mr. DeVita's withdrawal will, therefore, not cause any harm or prejudice to plaintiff and will not upset this Court's calendar or cause any difficulty to defendant. Plaintiff's counsel further certifies that he has given notice of the filing of this motion to plaintiff as required by Rule 83.6(c). Undersigned counsel would appreciate an expedited ruling.

              Respectfully Submitted:

               /s/ James A. DeVita
              James A. DeVita, D.C.. Bar #370578
              2111 Wilson Boulevard, Suite 700
              Arlington, Virginia 22201
              703-351-5015
              Attorney For Plaintiff

<u>Certificate of Service</u>

I hereby certify that on June 4, 2009, a copy of the foregoing Motion and Proposed Order was electronically served upon:

James Quincy Butler
BUTLER LEGAL GROUP, PLLP
818 18th Street, NW
6th Floor
Washington , DC 20006

James Warren Johnson
Suzanne Lynne Kalfus
535 Herndon Parkway
Herndon, Virginia 20170
Attorneys For Defendant
Air Line Pilots Association
International

and mailed, postage pre-paid to:

RMC McConnell
9223 50th Avenue South
Glyndon, Minnesota 56547

Respectfully Submitted:

__/s/ James A. DeVita_____
James A. DeVita, D.C. Bar #370578
2111 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703-351-5015(o)
703-351-9750 (facsimile)
jdevita@devitalaw.com
Attorney For Plaintiff

Certificate

I hereby certify that the last known address of RMC McConnell is 9223 50th Avenue South, Glyndon, Minnesota 56547 and that on June 4, 2009, I sent a written notice to him advising him of my intention to withdraw and notifying him either to obtain new counsel or, if the party intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion.

    Respectfully Submitted:

    __/s/ James A. DeVita_____
    James A. DeVita, D.C. Bar #370578
    2111 Wilson Boulevard, Suite 700
    Arlington, Virginia 22201
    703-351-5015(o)
    703-351-9750 (facsimile)
    jdevita@devitalaw.com
    Attorney For Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RMC McCONNELL** | ) |
| **Plaintiff** | |
| v. | |
| | ) Case No. 1:08-1600 |
| **AIR LINE PILOTS ASSOCIATION INTERNATIONAL** | |
| **Defendant** | |
| | ) |

### NOTICE

To: RMC McConnell
    9223 50th Avenue South
    Glyndon, Minnesota 56547

    I intend to withdraw as your attorney in the case of RMC McConnell v. Air Line Pilots Association International. You are hereby notified that you should obtain new counsel or, if you intend to proceed pro se (represent yourself) or to object to my motion withdraw, you must so notify the Clerk in writing within five days of service upon you of the motion to withdraw.

                                              Respectfully Submitted:

                                              __/s/ James A. DeVita_____
                                              James A. DeVita, D.C. Bar #370578
                                              2111 Wilson Boulevard, Suite 700
                                              Arlington, Virginia 22201
                                              703-351-5015(o)
                                              703-351-9750 (facsimile)
                                              jdevita@devitalaw.com
                                              Attorney For Plaintiff