# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIELD MCCONNELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-01600-RMC |
| ) | U.S. District Judge Rosemary M. Collyer |
| **AIR LINE PILOTS ASSOCIATION,** ) | |
| **INTERNATIONAL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

Upon consideration of the Defendant Air Line Pilots Association's Motion for Summary Judgment, it is this ___ day of _____, 201__,

ORDERED, that the Defendant's Motion for Summary Judgment is GRANTED, the Complaint is dismissed in its entirety and with prejudice, and the Defendant is awarded costs of suit;

SO ORDERED.

DATED _____

BY THE COURT:

_____
Honorable Rosemary M. Collyer
United States District Court Judge

Copies to:

Field McConnell, *Pro Se*
N3572 County Road S
Plum City, WI 54761

Field McConnell, *Pro Se*
9223 50th Avenue South
Glyndon, MN 56547

James W. Johnson
Suzanne L. Kalfus
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20170