UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FIELD McCONNELL,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **AIR LINE PILOTS' ASSOCIATION,** ) <br> **INTERNATIONAL,** ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 08-1600 (RMC) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion for summary judgment [Dkt. # 28] is **GRANTED**; and it is

**FURTHER ORDERED** that the Complaint is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: January 24, 2011                              /s/
                                            ROSEMARY M. COLLYER
                                            United States District Judge